IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JUDY MARIE MCCREARY,            )
                                )
                                )
         Plaintiff, pro se,     )
    v.                          )
                                )
VAUGHAN-BASSETT FURNITURE       )   1:05CV413
CO., INC.,                      )
                                )
                                )
         Defendant.             )
                                )
                                )

**O-R-D-E-R**

This matter is before the court on the order of the chief judge referring the case to me to conduct all proceedings including a jury or nonjury trial, to order the entry of judgment, and to conduct all post-judgment proceedings (docket no. 30). Immediately prior to the entry of the order of reference, I had entered my Recommendation that the motion to dismiss Plaintiff's age discrimination claim, Plaintiff's claim brought pursuant to 42 U.S.C. § 1983, and Plaintiff's claim against John Bassett, and that the motion to dismiss by Defendant Vaughan-Bassett based on insufficient service of process be denied. The upshot of the Recommendation is that the only remaining claim is Plaintiff's Title VII claim against Defendant Vaughan-Bassett. The time for objecting to the Recommendation has run and there has been no objection.

Now that the matter has been referred to me for all proceedings, the Recommendation entered on December 19, 2005, is HEREBY ADOPTED by the court as its ORDER. There appearing no reason for delay, a judgment will be entered simultaneously herewith.

_____
WALLACE W. DIXON
United States Magistrate Judge

Durham, NC
January 26, 2006