# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUDY MARIE MCCREARY, | ) |
| | ) |
| Plaintiff, pro se, | ) |
| v. | ) |
| | ) |
| VAUGHAN-BASSETT FURNITURE CO., INC., | ) 1:05CV413 |
| | ) |
| Defendant. | ) |

## J-U-D-G-M-E-N-T

For the reasons appearing in the Recommendation entered on December 19, 2005, which has been adopted by the court as its ORDER, it is HEREBY ADJUDGED that Plaintiff's age discrimination claim and her claim brought pursuant to 42 U.S.C. § 1983 are DISMISSED. Furthermore, IT IS HEREBY ADJUDGED that John Bassett is DISMISSED as a Defendant in this action.

_____
WALLACE W. DIXON
United States Magistrate Judge

Durham, NC
January 26, 2006